Request Granted.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/14

# George R. Goltzer
**Attorney At Law**
200 West 57th Street
Suite 900
New York, NY 10019

*So Ordered*

Hon. Shira A. Scheindlin, U.S.D.J.
June 30, 2014

Tel. (212) 608-1260
Cell (917) 553-6704
Fax: (212) 980-2968
grgoltzer@gmail.com

June 25, 2014

Hon. Shira A. Sheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*United States v. Andre Cunningham*
13 Cr. 242 (SAS)

Dear Judge Scheindlin:

Please accept this letter as an *ex parte* application to appoint private investigator James Dowd, 40 Wall Street, New York, NY 10005, *nunc pro tunc* from May, 2013, so he may bill nineteen hours of work at ninety dollars per hour, work performed at my request in this matter. Mr. Dowd interviewed the client and sought state court files in an effort to locate and interview pertinent witnesses related to an alleged gun possession count against Mr. Cunningham. The case has been resolved by plea. Sentence is scheduled and I never procured an order for Mr. Dowd's services, which were necessary for proper representation under the Criminal Justice Act, 18 USC 3006A. If this is agreeable, may I impose upon Your Honor to "so order" this letter and have it returned to me via e-mail as my fax number will be changing as we move offices shortly. Thank you for your consideration. I remain

Respectfully,

George R. Goltzer