Notice of Change of Address

My new contact information is as follows:

George R. Goltzer
600 Fifth Avenue
10th Floor
New York, NY 10020
Tel: ((17) 553-6704
Fax: 1646-430-8944
grgoltzer@gmail.com