UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :   13cr0242-14 (DLC)
UNITED STATES OF AMERICA,           :
                                    :   ORDER
            -v-                     :
                                    :
ANDRE CUNNINGHAM,                   :
                    Defendant.      :
                                    :
------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the supervised releasee, Andre Cunningham (DOB: 06/18/1983; SS#: XXX-XX-3671), participate and successfully complete Ninety (90) Days of rehabilitation services at Samaritan Daytop Village located at 88-83 Van Wyck Blvd, Jamaica, N.Y. beginning on February 7, 2020.

Dated:    New York, New York
          February 4, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge