**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  　　　　　　　　　　　　　　　　　　　　　　TEL. (212) 686-8111
**NEW YORK & FLORIDA**  　　　　　　　　　　　　　　　　　　　　　FAX. (212) 202-7800
　　　　　　　　　　　　　　　　　　　　　　　　　　　　E-MAIL: rpalma177@gmail.com

June 4, 2020

ECF

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, N.Y. 10007



　　　　　**Re:**　**U.S. v. Andre Cunningham, 13 Cr. 242-014 ((DLC)**
　　　　　　　　**Government does not oppose a Defense request to adjourn the June**
　　　　　　　　**5th Court Conference to June 12, 2020.**

Dear Judge Cote:

　　　　The Defense requests a one-week adjournment of the June 5th court conference scheduled for 3 p.m. to next Friday, June 12, 2020 at a time convenient to the Court. I bring to Your Honor's attention that I was only able to speak with Mr. Cunningham about the new VOSR specification late this evening. After speaking with him I communicated matters to the Government which it intends to discuss with U.S. Probation Officer Carroll tomorrow that may lead to a resolution of the pending VOSR. In addition, Mr. Cunningham informed me that he is encountering problems in installing Skype software to his cellphone to participate at tomorrow's conference via video conference. A week's adjournment will give the parties enough time to confer to see if this matter can be resolved short of an evidentiary hearing and for Mr. Cunningham to resolve his problems with the installation of the Skype program. The Government does not oppose this Defense request. Finally, as Mr. Cunningham's attorney, this is my first request seeking an adjournment from the Court.

　　　　If Your Honor has questions about this request, I am available immediately by cellular phone at 917-751-5754.

　　　　Thank you.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　s/ Richard Palma
　　　　　　　　　　　　　　　　　　　　Richard Palma (Bar No. rp 4441)

Copy:　AUSA Jared Lenow
　　　　USPO Margaret Carroll

```
The June 5, 2020 conference is adjourned to Friday, June 12,
2020 at 11:00 am.  By Wednesday, June 10, the defendant
shall advise the Court whether the conference should occur
as a Skype for Business videoconference, or, if not, through
a telephone call.  6.05.2020.
                                    _____
                                    DENISE COTE
                                    United States District Judge
```