**RICHARD PALMA**
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

June 10, 2020

ECF

Honorable Denise L. Cote  
United States District Judge  
Daniel Patrick Moynihan U.S. Courthouse  
500 Pearl Street  
New York, N.Y. 10007

**MEMO ENDORSED**

    **Re:** **U.S. v. Andre Cunningham, 13 Cr. 242-014 ((DLC)**
**Cunningham consents to participate in the June 12, 2020 VSOR**
**Conference remotely by Skype Business.**

Dear Judge Cote:

    In accordance with Your Honor's June 5th instructions, after consulting with Mr. Andre Cunningham on Saturday, June 6th, he confirmed for me again his consent to participate remotely in the June 12th 11 a.m. conference remotely via Skype Business.

    If Your Honor has questions about this request, I am available immediately by cellular phone at 917-751-5754.

    Thank you.

                                              Respectfully submitted,  
                                              s/ Richard Palma  
                                              Richard Palma (Bar No. rp 4441)

Copy:   AUSA Jared Lenow  
           USPO Margaret Carroll

---

```
The 11:00 am conference on Friday, June 12, 2020 shall
occur as a Skype for Business videoconference.  The
parties are directed to use the credentials provided
in the June 3 Order.  Defense counsel is reminded to
file the form attached to the June 3 Order, Waiver of
Right to be Present at Criminal Proceeding, 24 hours
prior to the proceeding, if it is possible.
6.10.2020.
```

                                              _/s/ Denise Cote_  
                                              DENISE COTE  
                               United States District Judge