```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :        13Cr242 (DLC)
                                         :
 ANDRE CUNNINGHAM,                       :            ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    A proceeding was held today to inform the defendant of the specification of violation of the terms of supervised release that has been filed against him.  In light of the ongoing COVID-19 pandemic and with the defendant's consent, the proceeding took place by Skype for Business videoconference.  At the proceeding, a conference was scheduled for Friday, **June 19, 2020** at **2:00 pm**.  It is hereby

    ORDERED that the June 19 proceeding shall take place by Skype for Business videoconference.  To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/6K73HUES.

    IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

```
         Call-in number:    917-933-2166
         Conference ID:     189930307


Dated:   New York, New York
         June 12, 2020
```

_____
DENISE COTE
United States District Judge

2