```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
                -v-                      :    13Cr242 (DLC)
                                         :
 ANDRE CUNNINGHAM,                       :         ORDER
                                         :
                Defendant.               :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

　　IT IS HEREBY ORDERED that the sentencing on the violation of supervised released is rescheduled from Thursday, July 2, 2020 at 11:00 am to Thursday, **July 2, 2020** at **2:30 pm.**

　　IT IS FURTHER ORDERED that the remainder of the June 19, 2020 Order scheduling the sentencing remains in effect.

Dated:　　New York, New York
　　　　　June 26, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENISE COTE
　　　　　　　　　　　　　　　　　　　United States District Judge